UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AUDREY HAMPTON

VERSUS  CIVIL ACTION NO.: 09-343-JVP-CN

ALLSTATE INSURANCE COMPANY

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 5, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the defendant's Motion to Dismiss (doc. 7) is hereby **DENIED** as moot.

Baton Rouge, Louisiana, December 8, 2009.

JAMES J. BRADY, JUDGE
FOR: JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA